EXHIBIT A

7500 Office Ridge Circle
Eden Prairie MN 55344-3678

800-767-7904

VIKING
CLIENT SERVICES

SDVIKI10
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

March 16, 2016

Marilyn Gajraj
[redacted]
Parkland FL 33076-2896

**MAIL ALL CORRESPONDENCE TO:**

**VIKING CLIENT SERVICES, INC.**
PO Box 59207
Minneapolis MN 55459-0207

VCS Account #: [redacted]660
Account Balance: $4082.91
You may pay online at www.payvcs.com or contact us at 800-317-3543.

**Past Due Balance**

***Detach Upper Portion And Return With Payment***

VCS Account #: [redacted]1660
Creditor: Icon Equities, LLC
Account #: XXXXXXXXXXXX9095
Original Creditor: Citibank, NA
Original Account #: XXXXXXXXXXXX9095
Account Balance: $4082.91
Icon Equities, LLC is the owner of your Citibank, NA account.

At Viking Client Services, Inc., we understand that unexpected situations may result in financial difficulties for you. Our Account Representatives will work with you to find the best possible repayment arrangement for your financial situation.

Icon Equities, LLC has authorized us to extend an offer to you to resolve your account for 60% of the current amount due. You can accept this offer by sending in a payment within 30 days from the date of this letter. If payment by this date is not possible, contact us at 800-317-3543 to discuss other settlement options which may include additional time to respond to this offer. We are not obligated to renew this offer. Should your settlement payment(s) be returned for any reason by your banking institution, this settlement offer may be considered null and void.

Upon completion of the settlement, your account will be considered settled with Viking Client Services, Inc. and we will notify our client Icon Equities, LLC.

Please note the following information from our client Icon Equities, LLC: The Internal Revenue Service (IRS) requires financial institutions to annually report to the IRS discharges of debt in the amount of $600 or greater. If the settlement amount that you agreed to pay results in a discharge of $600 or more of the account principal balance due on your account, the creditor may be required to report that amount to the IRS via IRS Form 1099C. A copy of this will be provided to you by the creditor.

Sincerely,
Greg Rowe
Viking Client Services, Inc.
800-317-3543

This is a communication from a debt collector and an attempt to collect a debt. Any information obtained will be used for that purpose.

If you wish to pay online, please go to www.payvcs.com or contact us at the number given above for more information. Please make all payments payable to "Viking Client Services, Inc.".

Have a comment on Viking Client Services? Viking has an automated comment line available 24 hours a day (800) 201-0050.

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

2SDVIKI10153 (6) _ 85241971

BBB ACCREDITED BUSINESS

MEMBER
ACA INTERNATIONAL
The Association of Credit and Collection Professionals

CALIFORNIA RESIDENTS:
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collections Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov

COLORADO RESIDENTS:
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Local address: 3605 Mead Street, Fort Collins, CO 80526-5313. Local phone (970) 226-1386.

IDAHO RESIDENTS:
Our normal business hours are 8AM to 5PM CT, Monday through Friday.

MAINE RESIDENTS:
Our normal business hours are 8AM to 5PM CT, Monday through Friday.

MARYLAND RESIDENTS:
Our normal business hours are 8AM to 5PM CT, Monday through Friday.

MASSACHUSETTS RESIDENTS:
Our normal business hours are 8AM to 5PM CT, Monday through Friday. NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

MINNESOTA RESIDENTS:
This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK:
In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive and unfair debt collection efforts, including but not limited to:

(i) the use or threat of violence;
(ii) the use of obscene or profane language; and
(iii) repeated phone calls made with the intent to annoy, abuse or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income (SSI); 2. Social Security; 3. Public assistance (welfare); 4. Spousal Support, maintenance (alimony) or child support; 5. Unemployment benefits; 6. Disability benefits; 7. Workers' compensation benefits; 8. Public or private pensions; 9. Veterans' benefits; 10. Federal student loans, federal student grants, and federal work study funds; and 11. Ninety percent of your wages or salary earned in the last sixty days.

New York City Department of Consumer Affairs License Number - #0987255

NORTH CAROLINA RESIDENTS:
North Carolina Department of Insurance Permit #3406.

TENNESSEE RESIDENTS:
This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville TN 37243.

PLEASE NOTE: THIS LIST DOES NOT INCLUDE A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE OR FEDERAL LAWS OR REGULATIONS.